United States Bankruptcy Court for the
Western District of Michigan

IN RE:

Case No. 99-00125

Victoria Lynn Barkoot

_____Debtor(s)_____ /

## ORDER FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** the amount of $500.08 constituting unclaimed funds due to American Honda Motor Co., Inc., claimant in the above-referenced case, are on deposit with the United States Treasury.

**IT ALSO APPEARING THAT** Dilks & Knopik, LLC, Attorney in Fact for Claimant, has furnished the required documentation for release of unclaimed funds and has complied with the provisions of 28 U.S.C. Section 2042. If applicant is a funds locator, a Power of Attorney granting authority to petition the Court to collect funds on behalf of the claimant has been filed.

**THEREFORE, IT IS HEREBY ORDERED THAT** the Clerk of Court shall pay the unclaimed funds in the amount of $500.08 to the order of <u>American Honda Motor Co., Inc. c/o Dilks & Knopik, LLC</u> and mail the check to <u>P.O. Box 2728, Issaquah, WA 98027-0125.</u>

Dated: SEP 13 2010

_____ 9/13/10
U.S. Bankruptcy Judge